IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAKITA S. MURPHY**
**ADC #710981**                                                               PLAINTIFF

v.                                  3:23-cv-163-DPM

**PHILLIP THOMPSON, Maintenance**
**Manager, McPherson Unit, ADC; JOHNNIE**
**SWIFT, Chief Security Officer, McPherson**
**Unit, ADC; and DOES, Entitled Entities of**
**AR Department of Corrections Security,**
**Maintenance, and Fire and Safety**
**Departments**                                                               DEFENDANTS

ORDER

1.   Murphy's motion for leave to file an amended complaint, *Doc. 15*, is denied. *Williams v. Little Rock Municipal Water Works*, 21 F.3d 218, 224 (8th Cir. 1994). The Court can't hear her negligence claims against state employees. The FTCA only applies to federal employees. 28 U.S.C. § 1346(b)(1). And because her FTCA claims can't go forward, her remaining state law negligence claims against other Arkansawyers must be brought in state court. 28 U.S.C. § 1332(a).

2.   Murphy's motion to dismiss, *Doc. 14*, is granted. She made this motion in good faith; not for purposes of avoiding a "strike" under 28 U.S.C. § 1915(g). The Court does not recommend that a

strike be counted against her.

**3.** The Court declines to adopt Magistrate Judge Ervin's recommendation, *Doc. 7*, because the Court has allowed Murphy to dismiss her constitutional claims.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

31 October 2023