IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAKITA S. MURPHY                                                    PLAINTIFF
ADC #710981

v.                              3:23-cv-163-DPM

PHILLIP THOMPSON, Maintenance
Manager, McPherson Unit, ADC; JOHNNIE
SWIFT, Chief Security Officer, McPherson
Unit, ADC; and DOES, Entitled Entities of
AR Department of Corrections Security,
Maintenance, and Fire and Safety
Departments                                                         DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2023